## Commonwealth *v.* Shires.

Argued Feb. 20, 1899. Reargued, Jan. 30, 1900. Appeal, No. 131, Jan. T., 1898, by defendants, from judgment of C. P. Lackawanna Co., Jan. T., 1898, No. 105, on quo warranto, in case of Com. ex rel. John R. Jones, District Attorney, v. George H. Shires et al. Before GREEN, C. J., McCOLLUM, MITCHELL, DEAN, FELL, BROWN and MESTREZAT, JJ., on reargument. Reversed.

Quo warranto to determine title to office of school controllers of the city of Scranton.

*F. W. Edgar* and *David J. Reedy*, with them *E. C. Newcomb*, for appellants.

*I. H. Burns*, with him *H. O. Watrous*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, April 30, 1900:

This case raises the same question and was argued in connection with Com. ex rel. v. Gilligan, ante, p. 504, opinion filed to-day. For reasons there given the judgment is reversed and judgment is now entered for respondents (appellants) with costs.